UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 31, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER MARTIN TURNER<br>Defendant. | Case No. 2:26-mj-0114-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Christopher Martin Turner Case No. 2:26-mj-0114-CKD Charges 21 USC § 841(a)(1) from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ______

X Unsecured Appearance Bond $ 16,500

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

______ (Other): .

Issued at Sacramento, California on July 31, 2026 at 2:16 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney